ASJ: ME
File No. 1996A78608

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 96-CV-5683 |
| v. : | |
| : | |
| DEBRA A. WASHINGTON : | |
| : | |
| Defendant. : | |

PRAECIPE TO SATISFY JUDGMENT

TO THE CLERK:
United States District Court
Eastern District of Pennsylvania

      Please mark the above-captioned judgment satisfied.

                                 WILLIAM M. McSWAIN
                                 United States Attorney

                                 _/s/_ ASJ84901
                                 ANTHONY ST. JOSPEPH
                                 Assistant United States Attorney

Date: **September 5, 2018**